IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THE F&M BANK & TRUST COMPANY                                        PLAINTIFF

      v.                              Civil No. 10-5158

GARY BRANDON ENTERPRISES, INC.
et al.                                                                                    DEFENDANTS

**ORDER**

    On August 9, 2011, Plaintiff and separate Defendants Gary Brandon Enterprises, Inc., Gary L. Brandon, and Sherri D. Brandon entered into a settlement agreement after participating in a settlement conference conducted by the undersigned. In accordance with the terms of the settlement agreement, all counts of the complaint against separate defendants Gary Brandon Enterprises, Inc., Gary L. Brandon, and Sherri D. Brandon are hereby DISMISSED WITH PREJUDICE, except for the claims against Gary Brandon Enterprises, Inc. and Gary Brandon for which an agreed judgment has been simultaneously entered by this Court.

    The Court retains jurisdiction to vacate this order and to reopen the action with regard to the dismissed claims upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

    IT IS SO ORDERED this 22nd day of August, 2011.


                                                  /s/ *Erin L. Setser*
                                                  HON. ERIN L. SETSER
                                                  UNITED STATES MAGISTRATE JUDGE